IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OLIM ISLAMOV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3229 |
| | ) | |
| v. | ) | |
| | ) | |
| SVETLANA SERGEYEVNA UNGAR, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

    The defendant has moved to reconsider the court's denial of her motion to quash the plaintiff's garnishment proceedings. Filing No. 30. At most, the defendant claims the plaintiff's bankruptcy complaint failed to state a claim for monetary damages. See e.g., Fed R. Civ. P. 12(b)(6). This argument is fundamentally different than claiming the bankruptcy court lacked jurisdiction to award monetary damages in favor of the plaintiff and against the defendant. See e.g., Fed. R. Civ. P. 12(b)(1).

    The bankruptcy court had jurisdiction over both the subject matter and person to enter a monetary judgment against the defendant. Whether it did so erroneously because the plaintiff never stated a claim for such recovery is a matter for appellate review, not collateral attack.

    Accordingly,

    IT IS ORDERED that the defendant's motion to reconsider, (filing no. 30), is denied.

November 25, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge