IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SVETLANA SERGEYEVNA UNGAR, | ) | 4:09CV3229 |
| | ) | |
| | ) | (BK 07-41976 |
| Debtor | ) | A 08-4015) |
| | ) | |
| OLIM ISLAMOV, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF CONTINUING LIEN** |
| | ) | |
| V. | ) | |
| | ) | |
| SVETLANA SERGEYEVNA UNGAR, | ) | |
| | ) | |
| Defendant. | ) | |

This is a continuing lien for the support of a person  _____

This is a continuing lien for other than the support of a person  ___x___

    On this 10th day of December, 2009, upon application of the judgment creditor, the court finds (1) that the judgment debtor is an employee of the garnishee, (2) that the garnishee owed earnings to the judgment debtor when the garnishment order was served or that earnings will be owed within sixty days thereafter, and (3) that there is not a successful written objection to the order or the answer of the garnishee filed.

    IT IS ORDERED that the garnishment issued is a continuing lien against the nonexempt earnings of the judgment debtor and the garnishee is to continue withholding the nonexempt earnings until February 8, 2010 (90 days from date of the service of the summons and order of garnishment) and pay all such nonexempt

earnings into the court for payment to the judgment creditor.

December 10, 2009.

          BY THE COURT:
          *Richard G. Kopf*
          United States District Judge

### INSTRUCTIONS TO THE GARNISHEE

While the continuing lien remains in effect, you shall deliver the nonexempt earnings to the court for each pay period or on a monthly basis if you so desire, and shall deliver to the judgment debtor his or her exempt earnings for each pay period.

A continuing lien shall be invalid and shall have no force and effect upon the occurrence of any of the following:

 a. The underlying judgment is satisfied in full, vacated, or expires;
 b. The judgment debtor leaves your employ for more than 60 days;
 c. The judgment creditor releases the garnishment;
 d. The proceedings are stayed by a court of competent jurisdiction, including the United States Bankruptcy Court;
 e. The judgment debtor has not earned any nonexempt earnings for at least 60 days;
 f. The court orders that the garnishment be quashed;
 g. Ninety days has expired since service of the summons and order of garnishment. The judgment creditor may extend a lien for a second 90-day period by filing with the court a notice of extension within 15 days of the expiration of the initial lien. The judgment creditor will notify you that the continuing lien has been extended; or
 h. If you receive a continuing lien with higher priority.

The judgment creditor, or his or her agent or attorney must inform the garnishee when the judgment is satisfied in full.

**ONLY ONE ORDER OF CONTINUING LIEN AGAINST EARNINGS SHALL BE IN EFFECT AT ONE TIME.   REFER TO THE ORIGINAL GARNISHMENT SUMMONS FOR INSTRUCTIONS ON DETERMINING PRIORITY OF LIENS.**