IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OLIM ISLAMOV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3229 |
| | ) | |
| V. | ) | |
| | ) | |
| SVETLANA SERGEYEVNA UNGAR, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court entered an order of continuing lien in this matter on December 10, 2009 (filing 32). The order required that the garnishee withhold Defendant's nonexempt earnings and pay all such nonexempt earnings into the court for payment to Plaintiff. In accordance with the order, the court has received $284.54 from the garnishee.

Pursuant to this court's order of continuing lien (filing 32), the Clerk of the United States Court for the District of Nebraska is directed to pay Plaintiff's attorney, Rodney K. Vincent, the sum of $284.54, for Plaintiff's benefit.

IT IS SO ORDERED.

May 27, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge