IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OLIM ISLAMOV, | ) | 4:09CV3229 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| SVETLANA SERGEYEVNA UNGAR, | ) | |
| | ) | |
| Defendant. | ) | |

The clerk's office advises that it has received in the mail: (1) on June 27, 2011, a check in the amount of $239.52 from ADP Garnishments Services; and (2) on July 12, 2011, a check in the amount of $224.23 from Automatic Data Processing. Because there is no garnishment order in effect, I will direct the clerk's office to return or refund the payments. Accordingly,

IT IS ORDERED that the clerk's office shall return or refund to ADP Garnishments Services the sum of $239.52 and to Automatic Data Processing the sum of $224.23.

DATED this 18th day of July, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge